# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV22-07044-JWH (SHK) | Date January 17, 2023 |
| Title *Mel Marin v. Geetha Rajaram, et al.* | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: ORDER (IN CHAMBERS)**

On September 28, 2022, Plaintiff filed a Complaint with a deficient IFP Request. On October 24, 2022, the Court issued an order advising Plaintiff that he had 30 days to provide the Court with the necessary financial information to support his IFP Request. The Court warned Plaintiff that failure to correct the deficiency and provide the necessary financial information within 30 days from the date of the order would result in dismissal of this case. More than 30 days have now passed, and the deficiency has not been corrected.

Accordingly, this case is hereby **ORDERED DISMISSED without prejudice**.

**IT IS SO ORDERED.**